# EXHIBIT 1

The United States of America

## The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.*

*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

## MAINTENANCE FEE NOTICE

*No maintenance fees are required in design patents.*

## PATENT TERM NOTICE

*If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.*

*If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.*



US00D790776S

## (12) United States Design Patent
### Armstrong

(10) Patent No.: **US D790,776 S**
(45) Date of Patent: ** **Jun. 27, 2017**

(54) **COMPONENT FOR ARTIFICIAL HONEYCOMB**

(71) Applicants: **Cedar Anderson**, The Channon (AU); **Stuart Anderson**, The Channon (AU)

(72) Inventor: **Ian Armstrong**, Lismore (AU)

(73) Assignees: **Cedar Anderson**, The Channon (AU); **Stuart Anderson**, The Channon (AU)

(**) Term: **15 Years**

(21) Appl. No.: **29/537,576**

(22) Filed: **Aug. 27, 2015**

(30) **Foreign Application Priority Data**

Feb. 27, 2015 (AU) .................... 201511090

(51) **LOC (10) Cl.** ................................. **30-02**
(52) **U.S. Cl.**
USPC ........................ **D30/119**; D30/199
(58) **Field of Classification Search**
USPC ........ D30/199, 108–113, 117; 119/508, 500, 119/501, 498, 482, 161, 481, 483, 475, 119/484, 246, 165, 453, 452, 248, 269, 119/201, 502; 449/32–46, 3, 5, 6, 8, 10, 449/17, 50, 51, 56, 57, 58, 60; 428/116, 428/117, 118; 156/61
CPC ........ A01K 47/00; A01K 47/02; A01K 47/04; A01K 47/06; A01K 59/00; A01K 59/02; A01K 59/04; A01K 59/06; B29D 99/0089
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 96,142 A | * | 10/1869 | Peabody | ............. | A61M 1/3693 210/361 |
| 115,066 A | * | 5/1871 | King | ............. | B29C 67/241 449/60 |
| 349,078 A | * | 9/1886 | Betsinger | ............. | A01K 47/02 449/37 |
| 1,334,585 A | * | 3/1920 | Baird | ............. | A01K 59/04 210/361 |
| 1,552,636 A | * | 9/1925 | Morris | ............. | A01K 59/04 210/362 |
| 1,561,623 A | * | 11/1925 | Watson | ............. | A01K 47/04 156/61 |
| 1,606,603 A | * | 11/1926 | St Clair | ............. | A01K 59/04 210/361 |
| 2,223,561 A | * | 12/1940 | Garriga | ............. | A01K 47/00 449/5 |

(Continued)

*Primary Examiner* — Susan Moon Lee
(74) *Attorney, Agent, or Firm* — Patterson Thuente Pedersen, P.A.

(57) **CLAIM**

I claim the ornamental design for component for artificial honeycomb, as shown.

**DESCRIPTION**

FIG. 1 is a left side perspective view of a component for artificial honeycomb according to an embodiment of the invention.
FIG. 2 is a right side perspective view of the component for artificial honeycomb depicted in FIG. **1**.
FIG. 3 is a left side plan view of the component for artificial honeycomb depicted in FIG. **1**.
FIG. 4 is a right side plan view of the component for artificial honeycomb depicted in FIG. **1**.
FIG. 5 is a plan end view of the component for artificial honeycomb depicted in FIG. **1**.
FIG. 6 is a plan end view of the component for artificial honeycomb, opposite the end depicted in FIG. **5**.
FIG. 7 is a top view of the component for artificial honeycomb depicted in FIG. **1**; and,
FIG. 8 is a bottom view of the component for artificial honeycomb depicted in FIG. **1**.

**1 Claim, 2 Drawing Sheets**



US D790,776 S
Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,389,669 A * | 11/1945 | Kelley | A01K 59/04 210/360.1 |
| 2,591,328 A * | 4/1952 | Yanik | A01K 47/04 426/104 |
| 2,631,307 A * | 3/1953 | Sugano | A01K 59/00 449/5 |
| 3,231,907 A * | 2/1966 | Covington | A01K 47/02 449/43 |
| 3,245,093 A * | 4/1966 | Perrachon | A01K 47/04 449/44 |
| 3,351,273 A * | 11/1967 | Harrison | A01K 59/04 210/361 |
| 3,744,067 A * | 7/1973 | Bentley | A01K 47/00 449/5 |
| 4,280,236 A * | 7/1981 | Herman | A01K 59/00 449/12 |
| D261,182 S * | 10/1981 | Guilfoyle | D30/119 |
| 4,403,358 A * | 9/1983 | Burgin | A01K 47/02 449/43 |
| 4,663,791 A * | 5/1987 | Nishi | A01K 47/04 449/2 |
| 6,530,819 B1 * | 3/2003 | Rovera | A01K 47/04 449/44 |
| 2007/0037481 A1 * | 2/2007 | Clerkin | A01K 47/04 449/44 |
| 2014/0024289 A1 * | 1/2014 | Fendrik | A01K 47/02 449/42 |
| 2014/0370781 A1 * | 12/2014 | Anderson | A01K 47/04 449/5 |
| 2017/0000092 A1 * | 1/2017 | Domocsok | A01K 47/00 |

* cited by examiner



Fig. 1



Fig. 2

Fig. 7

Fig 3.    Fig. 5    Fig. 4    Fig. 6

Fig 8