# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,174,206**
**Registered Apr. 04, 2017**
**Int. Cl.: 20, 35**
**Service Mark**
**Trademark**
**Principal Register**

Flowbee Australia Pty Ltd (AUSTRALIA proprietary limited company (p/l or pty. ltd.) )
17A Rifle Range Road
Bangalow, NSW AUSTRALIA 2479

CLASS 20: Beehives; structural parts for beehives, namely, sections of wood for beehives; honeycombs; beehive structural parts, namely, tops, entrances, frames, moveable hive floors, queen bee excluders in the nature of vertical barriers, pollen collectors, plastic hive frames, hive corners, hive frame spacers, hive doors, hive cover slides, honeycomb sectioners, propolis collectors, plastic hive floors, plastic hive covers, hive entrance trays, queen bee cages and hive legs; beehives sold unassembled in a kit; woodenware in the nature of wood panels and parts for use in the manufacture of beehive boxes; component parts of beehives, namely, tubes, tube caps, hive keys; beehive frames; hive bodies; hive foundations; hive boxes; hive tops; hive bottoms; beehive structural parts, namely, comb foundations, in-hive feeders, entrance feeders, hive grips, bee brushes, queen excluders, and frame grips

CLASS 35: Retailing of goods, namely, online retail store services featuring beekeeping equipment and supplies; Wholesaling of goods, namely, wholesale store and online wholesale store services featuring beekeeping equipment and supplies; The bringing together, for the benefit of others, of a variety of goods, excluding the transport thereof, enabling customers to conveniently view and purchase the goods, all in the field of beekeeping equipment and supplies; The bringing together, for the benefit of others, of a variety of goods, excluding the transport thereof, enabling customers to conveniently view and purchase the goods online by means of a website, all in the field of beekeeping equipment and supplies

PRIORITY CLAIMED UNDER SEC. 44(D) ON AUSTRALIA APPLICATION NO. 1696144, FILED 05-26-2015, REG. NO. 1696144, DATED 02-23-2016, EXPIRES 05-26-2025

The mark consists of three chevrons stacked on top of each other with a stylized drop falling from the tip of the lowest chevron.

SER. NO. 86-832,830, FILED 11-26-2015
LIEF ANDREW MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# FLOW

**Reg. No. 4,911,002**
**Registered Mar. 8, 2016**
**Int. Cl.: 20**

**TRADEMARK**
**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

FLOWBEE AUSTRALIA PTY LTD
17A RIFLE RANGE ROAD
BANGALOW NSW 2479
AUSTRALIA

FOR: BEEHIVES; STRUCTURAL PARTS FOR BEEHIVES, NAMELY, SECTIONS OF WOOD FOR BEEHIVES; HONEYCOMBS; BEEHIVE STRUCTURAL PARTS, NAMELY, TOPS, ENTRANCES, FRAMES, MOVEABLE HIVE FLOORS, QUEEN BEE EXCLUDERS IN THE NATURE OF VERTICAL BARRIERS, POLLEN COLLECTORS, PLASTIC HIVE FRAMES, HIVE CORNERS, HIVE FRAME SPACERS, HIVE DOORS, HIVE COVER SLIDES, HONEYCOMB SECTIONERS, PROPOLIS COLLECTORS, PLASTIC HIVE FLOORS, PLASTIC HIVE COVERS, HIVE ENTRANCE TRAYS, QUEEN BEE CAGES AND HIVE LEGS; BEEHIVES SOLD UNASSEMBLED IN A KIT; WOODENWARE IN THE NATURE OF WOOD PANELS AND PARTS FOR USE IN THE MANUFACTURE OF BEEHIVE BOXES; PARTS AND ACCESSORIES AND COMPONENTS FOR BEEHIVES, NAMELY, TUBES, TUBE CAPS, HIVE KEYS; BEEHIVE FRAMES; HIVE BODIES; HIVE FOUNDATIONS; HIVE BOXES; HIVE TOPS; HIVE BOTTOMS; BEEHIVE STRUCTURAL PARTS AND ACCESSORIES, NAMELY, COMB FOUNDATIONS, IN-HIVE FEEDERS, ENTRANCE FEEDERS, HIVE GRIPS, BEE BRUSHES, QUEEN EXCLUDERS, FRAME GRIPS AND HIVE TOOLS FOR PRYING FRAMES APART, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 8-7-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1240756 DATED 11-26-2014, EXPIRES 11-26-2024.

SER. NO. 79-162,553, FILED 11-26-2014.

SANI KHOURI, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.